## ATTACHMENT B

*Property to be seized*

1.      The items, information, and data to be seized are fruits, evidence, information relating to, contraband, or instrumentalities of violations of 18 U.S.C. §§ 1201 and 924 and 21 U.S.C § 841, including, but not limited to:

   a. Evidence of the ownership, call logs, photographs, images, text message, contact information, voice mails, videos, emails and any other stored electronic data for: December 11 and 12, 2017, the day of the kidnapping, as described herein, were committed;

   b. Records and information relating to the purchase and ownership of a firearms.

   c. Records and information relating to the e-mail account shanedennisbrowne@gmail.com;

   d. Records and information relating to the e-mail account browne9@gmail.com;

   e. Records and information relating to stash houses, purchasers and suppliers of drugs;

   f. Records and information relating to the identity or location of perpetrators, aiders and abettors, coconspirators, and accessories after the fact;

   g. Records and information relating to communications with Internet Protocol addresses used by the Target Cell Phones;

   h. Evidence of who used, owned, or controlled the Devices such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing

    history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

i. Evidence of the attachment to the Devices of other digital devices or similar containers for electronic evidence;

j. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Devices;

k. Evidence of the times the Devices were used;

l. Information stored on the Devices that may be necessary to access the Devices or to conduct a forensic examination of the Devices;

m. Records of or information about Internet Protocol addresses used by the Devices;

n. Records of or information about the Devices's Internet activity, related to the above offenses, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;.

o. the purchase or sale of illegal narcotics with Bitcoins or other virtual currency;

p. the use of Bitcoins, other virtual currency or any other means to launder the proceeds of narcotics trafficking.